

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00230-CV

**CORNELIUS MILAN HARPER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 440th District Court**
**Coryell County, Texas**
**Trial Court No. DC-23-54852**

## MEMORANDUM  OPINION

Cornelius Milan Harper appeals from an order of dismissal signed June 29, 2023, disposing of his claims against the State of Texas. By letter dated September 12, 2023, the Clerk of this Court notified Harper that his original filing fee for the appeal was past due. Harper was warned in the same letter that, unless he obtained indigent status pursuant to Texas Rule of Civil Procedure 145 and Texas Rule of Appellate Procedure 20, the payment of the fee is required. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20. He was further

warned that failure to pay the filing fee within twenty-one days from the date of the letter would result in the appeal being dismissed.  *See* TEX. R. APP. P. 42.3(c).  More than twenty-one days have passed, and Harper has failed to pay his original filing fee.

Accordingly, this appeal is dismissed.[1]

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion delivered and filed October 19, 2023
[CV06]



---

[1]  All pending motions are dismissed as moot.